IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01012-LTB

CLAY O. WORTH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 20, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendant(s) and against Plaintiff.

DATED at Denver, Colorado, this 20th day of May, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                     Deputy Clerk